UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 NOV 13 PM 2:51
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| MICHAEL W. SEMPLE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV607-062 |
| CYNTHIA JACKSON and SHEENA McKINNIS, | ) |
| Defendants. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _13_ day of _Nov_____, 2007.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA