FILED
U.S. DISTRICT COURT
S[...] DIV.

2007 DEC 17 AM 10: 36

CLERK /lw/
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MICHAEL W. SEMPLE,

    Plaintiff,

v.                     607CV062

CYNTHIA JACKSON and SHEENA McKINNIS,

    Defendants.

## ORDER

42 U.S.C. § 1983 inmate/plaintiff Michael W. Semple appeals this Court's Order and Judgment dismissing his case as 42 U.S.C. § 1997e(a)-unexhausted and barred under 28 U.S.C. § 1915(g)'s "three-strikes" rule. *See* doc. ## 12-14. He also moves for leave to appeal *in forma pauperis* (IFP). *Id.*

Semple must show that "a reasonable person could suppose that the appeal has some merit." *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000). Yet, he has made no such IFP showing here. Nor does anything that would assist him leap out of his filings. *See* doc. # 8 (he filed no Objection to the Magistrate's Report and Recommendation that this Court adopted). His IFP motion (doc. ## 12-14) thus is **DENIED**.

This 17 day of December, 2007.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA